FILED
08 JUL 29 AM 10: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2313

'08 MJ 2312

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> Andria Lynne RUSSELL <br><br><br> Defendant | ) Mag. Case No. <br> ) <u>COMPLAINT FOR VIOLATION OF:</u> <br> ) <br> ) Title 8, U.S.C., Section 1324 <br> ) (a)(1)(A)(ii) -Illegal Transportation of <br> ) Alien(s) <br> ) <br> ) <br> ) <br> ) |

The undersigned complainant, being duly sworn, states:

On or about July 28, 2008, within the Southern District of California, defendant Andria Lynne RUSSELL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Maria Teresa GARCIA-Hernandez, L.E.V.G. and K.A.V.G. had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 29th DAY OF JULY 2008.

_____
JAN M. ADLER
United States Magistrate Judge

UNITED STATES OF AMERICA

v.

Andria Lynne RUSSELL

STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending officers, BPA J. Embrey that on July 28, 2008, the defendant, a United States citizen was apprehended near Ocotillo, California, as the driver of a blue 1995 SAAB 900SE bearing California license, 4RFA215, as she smuggled three undocumented aliens from Mexico into the United States in violation of law.

At approximately 7:30 a.m., while performing primary duties at the at the S-2 Checkpoint inspection area, Agent G. Elliott came into contact with a blue Saab 900se. Agent G. Elliott identified himself to the driver as a United States Border Patrol Agent and questioned her to her citizenship. The driver later determined to be Andria Lynne RUSSELL a United States Citizen. Agent Elliott then asked for and was given consent by RUSSELL to inspect the rear compartment of the vehicle. Upon inspection of the rear hatch back compartment of the vehicle, Agent Embrey observed three individuals concealed inside. Agent Embrey identified himself as a United States Border Patrol Agent and instructed the individuals to exit the vehicle. The individuals later identified as Maria Teresa GARCIA-Hernandez and her two daughters, K.A.V.G. and L.E.V.G. both minors were determined to be Mexican nationals with no immigration documents to reside or remain in the United States legally. RUSSELL and the three undocumented aliens were placed under arrest.

At approximately 11:23 a.m., RUSSELL, was read her rights as per Miranda by SBPA Johnny Benavides and was witnessed by BPA Jonathan Embrey.

Material Witness Maria GARCIA-Hernandez stated she entered the United States by crossing the United States/Mexico International Boundary through some mountains near Tecate, California. GARCIA states that arrangements were made by her mother and husband in Michocan, Mexico with an unknown smuggler, to be smuggled into the United States for an unknown fee. GARCIA was provided a six pack photographic line up, which contained a photo

of the driver. GARCIA identified photograph number 2 as the driver, a photograph that identifies Andria Lynne RUSSELL. GARCIA stated that her intentions were to travel to Los Angeles, California.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Maria Teresa GARCIA-Hernandez | Mexico |
| L.E.V.G. | Mexico |
| K.A.V.G. | Mexico |

Further, complainant states that Maria Teresa GARCIA-Hernandez, L.E.V.G. and K.A.V.G. are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.