UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>         Plaintiff             )<br>                               )<br>         vs.                   )<br>  Anthony Lynn Russell         )<br>                               )<br>                               )<br>         Defendant(s)          )<br>_____) | CRIMINAL NO. 08mj2313<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

K. A. V. G. (a minor)

DATED: 8/7/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR        **J. PARIS**
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95