AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | /s/ ERICA K. ZUNKEL |
| --- | --- |
|  | Signature |

Print Name                                                                 Bar Number

Address

City                              State                         Zip Code

Phone Number                                                         Fax Number

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Andria Lynne Russell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2313 |
|             Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ANDRIA LYNNE RUSSELL, ) | |
|             Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Gayle J. Mayfield-Venieris
federal@mayfield-law.com,mayfieldlaw@gmail.com

Respectfully submitted,

DATED:    August 7, 2008           /s/ Erica K. Zunkel
                                    **ERICA K. ZUNKEL**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Andria Lynne Russell